# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF IDAHO

_____

| | |
|---|---|
| In Re: <br><br> **Hoku Corporation,** <br><br> Debtor. | **Bankruptcy Case No. 13-40838-JDP** |

_____

| | |
|---|---|
| **R. Sam Hopkins** <br> **Chapter 7 Trustee,** <br><br> Plaintiff, <br><br> vs. <br><br> **Reach America, LLC, a division of Reach America ESG, LTD., a California limited liability company; and John Does 1-10,** <br><br> Defendants. | **Adv. Proceeding No. 15-08109-JDP** |

_____

## MEMORANDUM OF DECISION

_____

MEMORANDUM OF DECISION – 1

For the reasons set forth in the Memorandum of Decision entered in *Hopkins v. M&A Adventures, Ltd.*, Adv. No. 15-08043-JDP, Dkt. No. 19, Plaintiff's motion for default judgment will be granted.  Plaintiff's counsel shall submit appropriate findings of fact, conclusions of law, and an appropriate form of judgment for entry by this Court.

Dated:  December 10, 2015

Honorable Jim D. Pappas
United States Bankruptcy Judge